UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN C. REAVIS, III | CIVIL ACTION |
| VERSUS | NO. 16-0843 |
| LOUISIANA DEPT. OF CORRECTIONS, JAMES LEBLANC | SECTION "E" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Warren C. Reavis, III's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 28th day of June, 2017.**

_____
**UNITED STATES DISTRICT JUDGE**